```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8/7/20
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x

   UNITED STATES OF AMERICA      :

            -against-                 :        17-CR-390 (ALC)

                              :        <u>**ORDER**</u>

   VITO GALLICCHIO,           :

                  **Defendants.**   :

------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

Telephone Hearing is set for **August 19, 2020** at **11:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

**Dated: August 7, 2020**
       **New York, New York**

                                                      _/s/ Andrew L. Carter, Jr._
                                                      _____
                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**