```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-13-23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
VITO GALLICCHIO,

                           Movant,

    -against-                                    20-CV-8764 (ALC)
                                                  17-CR-390 (ALC)

UNITED STATES OF AMERICA,                     ORDER

                         Respondent.

------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    The Movant shall file a response to the declaration submitted by his former attorney, Irving Cohen on or by May 11, 2023.

**SO ORDERED.**

Dated:    New York, New York
               April 13, 2023

                                                      _____
                                                         **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**