UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

| | |
|---|---|
| VITO GALLICCHIO, : | |
| : | 20-CV-08764 (ALC) |
| Petitioner,   : | 17-CR-00390 (ALC) |
| : | |
| -against-   : | **ORDER** |
| : | |
| UNITED STATES OF AMERICA, | |
| : | |
| Respondent. | |
| : | |

-------------------------------------------------------------X

**ANDREW L. CARTER, United States District Judge:**

The Court is in receipt of Respondent United States of America's motion for entry of a Preliminary Order of Forfeiture as to Substitute Assets. ECF No. 20. Petitioner Vito Gallicchio has yet to respond. Petitioner is hereby ordered to respond no later than **May 22, 2023**.

**SO ORDERED.**

Dated:   April 21, 2023
         New York, New York

_____
            **ANDREW L. CARTER, JR.**
            **United States District Judge**

1